# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Noreika, Maryellen | U.S. District Court, Delaware | 04/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
844 King Street
Wilmington, DE 19801

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/19/18 | Agreement with Morris, Nichols, Arsht & Tunnell LLP re: buy out of partnership interest for legal services performed prior to 8/1/2018 - final payment 8/2019 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Morris, Nichols, Arsht & Tunnell LLP -- payments pursuant to 7/19/18 agreement in Part II | $633,334.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Utah Patent Bar Association | 2/21/19-2/22/2019 | Salt Lake City, UT | Speaking at patent law conference | transportation, lodging |
| 2. | American Bar Association | 4/11/2019-4/12/19 | Wasahington, DC | Speaking at patent law conference | transportation, lodging |
| 3. | Daily Jounal | 4/16/19-4/17/19 | Menlo Park Park, CA | Speaking at patent dispute conference | transportation, lodging, meals |
| 4. | George Mason University Scalia Law School | 4/25/2019 | Arlington, VA | Attending Inagural Scalia Forum | transportation, lodging, meals |
| 5. | New York Intellectual Property Law Association | 9/19/19 | New York | Speaking at patent litigation seminar | transportation |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Noreika, Maryellen** | 04/15/2020 |

| 6. | George Mason University Scalia Law School | 9/30/39 | Arlington, VA | Moderating panel on consumer protection | transportation |
| 7. | University of Texas School of Law | 11/719-11/8/19 | Austin, TX | Speaking at patent law conference | transporation, lodging, meals |
| 8. | Georgetown Law School | 11/14/19-11/15/19 | Washington, DC | Speaking at patent law conference | trasnportation, lodging |
| 9. | NYU IP Institute | 12/5/19 | New York, NY | Speaking on panel re: intellectual property law | transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Ally Bank Account | D | Interest | O | T | | | | | |
| 2. American Express Bank Account | C | Interest | K | T | | | | | |
| 3. Bank of America Bank Account | A | Interest | J | T | | | | | |
| 4. Barclay's Bank Account | C | Interest | K | T | | | | | |
| 5. Capitol One Bank Account | C | Interest | N | T | | | | | |
| 6. Discover Bank Account | D | Interest | M | T | | | | | |
| 7. First National Bank of Omaha Bank Account | C | Interest | L | T | | | | | |
| 8. Synchrony Bank Account | C | Interest | M | T | | | | | |
| 9. M&T Bank Account | A | Interest | J | T | | | | | |
| 10. UBS Bank CD | A | Interest | M | T | | | | | |
| 11. UBS Bank Money Market Fund | B | Interest | L | T | | | | | |
| 12. Vanguard 500 Index Fund (VFIAX) | E | Dividend | O | T | | | | | |
| 13. Vanguard Emerging Markets Fund (VEMAX) | B | Dividend | K | T | | | | | |
| 14. Vanguard Energy Fund (VGELX) | A | Dividend | J | T | | | | | |
| 15. Vanguard Extended Market Fund (VEXAX) | A | Dividend | K | T | | | | | |
| 16. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 17. | | | | | Buy (add'l) | 02/15/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 19. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 20. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 21. | | | | | Buy (add'l) | 06/15/19 | J | | |
| 22. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 23. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 24. Vanguard Health Fund (VGHCX) | A | Dividend | J | T | | | | | |
| 25. Vanguard Intermediate-Term Fund Tax-Exempt (VWIUX) | B | Interest | K | T | | | | | |
| 26. Vanguard International Value Fund (VTRIX) | A | Dividend | K | T | | | | | |
| 27. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 28. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 29. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 30. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 31. | | | | | Buy (add'l) | 05/10/19 | J | | |
| 32. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 33. | | | | | Buy (add'l) | 07/10/19 | J | | |
| 34. | | | | | Buy (add'l) | 08/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Vanguard Municipal Money Market Fund (VMSXX) | B | Interest | K | T | | | | | |
| 36. | | | | | Buy (add'l) | 01/16/19 | J | | |
| 37. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 38. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 39. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 40. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 41. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 42. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 43. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 44.  Vanguard REIT Fund (VGSLX) | A | Dividend | K | T | | | | | |
| 45.  Vanguard Wellington Fund (VWELX) | B | Dividend | K | T | | | | | |
| 46. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 47. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 48. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 49. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 50. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 51. | | | | | Buy (add'l) | 06/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 53. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 54. Vanguard Wellesley Fund (VWIAX) | B | Dividend | L | T | | | | | |
| 55. | | | | | Buy (add'l) | 01/16/19 | J | | |
| 56. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 57. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 58. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 59. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 60. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 61. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 62. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 63. Willliam Blair International Growth Fund | A | Dividend | L | T | | | | | |
| 64. Eaton Vance Tax Advanteged Dividend Fund (EVT) | E | Dividend | M | T | Buy (add'l) | 01/09/19 | L | | |
| 65. | | | | | Buy (add'l) | 02/12/19 | L | | |
| 66. | | | | | Buy (add'l) | 03/25/19 | K | | |
| 67. | | | | | Buy (add'l) | 08/09/19 | K | | |
| 68. | | | | | Buy (add'l) | 11/18/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  ISHARES CORE S&P 500 ETF (IVV) | D | Dividend | N | T | Buy (add'l) | 01/09/19 | M | | |
| 70. | | | | | Buy (add'l) | 03/25/19 | L | | |
| 71.  ISHARES GLOBAL 100 ETF (IOO) | D | Dividend | N | T | Buy (add'l) | 01/09/19 | K | | |
| 72. | | | | | Buy (add'l) | 02/12/19 | M | | |
| 73. | | | | | Buy (add'l) | 03/25/19 | L | | |
| 74.  ISHARES CORE HIGH DIVID ETF (HDV) | D | Dividend | N | T | Buy (add'l) | 01/09/19 | L | | |
| 75. | | | | | Buy (add'l) | 02/12/19 | L | | |
| 76. | | | | | Buy (add'l) | 03/25/19 | L | | |
| 77.  ISHARES EDGE MSCI MIN VOL USA (USMV) | B | Dividend | M | T | Buy | 04/08/19 | L | | |
| 78. | | | | | Buy (add'l) | 04/17/19 | K | | |
| 79. | | | | | Buy (add'l) | 05/20/19 | K | | |
| 80.  ISHARES EDGE MSCI USA VALUE WEIGHTED INDEX FUND ETF (VLUE) | D | Dividend | N | T | Buy (add'l) | 01/09/19 | K | | |
| 81. | | | | | Buy (add'l) | 02/12/19 | L | | |
| 82. | | | | | Buy (add'l) | 03/20/19 | L | | |
| 83. | | | | | Buy (add'l) | 04/17/19 | L | | |
| 84. | | | | | Buy (add'l) | 08/09/19 | K | | |
| 85.  LEGG MASON LO VOL HI DIV ETF (LVHD) | B | Dividend | M | T | Buy | 04/08/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/17/19 | K | | |
| 87. VANGUARD MEGA CAP GROWTH ETF (MGK) | B | Dividend | N | T | Buy (add'l) | 01/09/19 | L | | |
| 88. | | | | | Buy (add'l) | 02/12/19 | M | | |
| 89. | | | | | Buy (add'l) | 03/25/19 | L | | |
| 90. John Hancock Classic Value Fund (MHJCHM) | B | Dividend | L | T | | | | | |
| 91. Invesco Oppenheimer Developing Markets Fund (MFADKL) | A | Dividend | L | T | | | | | |
| 92. Voya Large-Cap Growth Fund (PCLIX) | | None | L | T | | | | | |
| 93. Wells Fargo Emerging Growth Fund (WEMIX) | | None | K | T | | | | | |
| 94. Microsoft Corp. | B | Dividend | L | T | | | | | |
| 95. Comm Services Select Sector ETF (XLC) | A | Dividend | J | T | Buy | 07/18/19 | J | | |
| 96. Consumer Discretionary Select Sector SPDR Fund ETF (XLY) | A | Dividend | J | T | Buy | 07/08/19 | J | | |
| 97. Energy Select Sector SPDR Fund ETF | A | Dividend | | | Buy (add'l) | 02/08/19 | J | | |
| 98. | | | | | Sold | 03/25/19 | J | A | |
| 99. Financial Select Sector SPDR Active ETF (XLF) | A | Dividend | | | Sold | 07/08/19 | J | A | |
| 100. Ishares MSCI Japan ETF (EWJ) | A | Dividend | J | T | Buy | 05/10/19 | J | | |
| 101. IShares Core S&P (IJR) | A | Dividend | J | T | Sold (part) | 02/08/19 | J | A | |
| 102. IShares Core MSCI EAFE ETF DE (EFA) | A | Dividend | K | T | Buy (add'l) | 02/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 07/08/19 | J | A | |
| 104. IShares Core MSCI EAFE ETF (IEFA) | A | Dividend | K | T | Buy<br>(add'l) | 02/08/19 | J | | |
| 105. IShares MSCI China ETF (MCHI) | A | Dividend | J | T | Sold<br>(part) | 02/08/19 | J | A | |
| 106. IShares Core MSCI Emerging Markets ETF<br>(IEMG) | A | Dividend | K | T | Buy<br>(add'l) | 02/08/19 | J | | |
| 107. | | | | | Sold<br>(part) | 03/25/19 | J | A | |
| 108. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 109. IShares Russell Mid-Cap Value ETF (IWS) | A | Dividend | J | T | Sold<br>(part) | 02/08/19 | J | A | |
| 110. IShares Russell Mid-Cap Growth ETF<br>(IWP) | A | Dividend | J | T | | | | | |
| 111. Pimco Enhanced Short MAT Active ETF | A | Dividend | J | T | Buy<br>(add'l) | 03/25/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 113. Vanguard Growth ETF (VUG) | A | Dividend | K | T | Sold<br>(part) | 02/08/19 | J | A | |
| 114. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 115. Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | Sold<br>(part) | 02/08/19 | J | A | |
| 116. Vanguard Value ETF (VTV) | A | Dividend | K | T | Sold<br>(part) | 02/08/19 | J | A | |
| 117. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 118. Vanguard Total World Stock ETF | A | Dividend | | | Sold<br>(part) | 02/08/19 | J | A | |
| 119. | | | | | Sold | 03/25/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Invesco KBW Bank ETF (KBWB) | A | Dividend | M | T | Sold<br>(part) | 02/08/19 | J | A | |
| 121. | | | | | Sold<br>(part) | 03/25/19 | J | A | |
| 122. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 123. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 124. | | | | | Buy<br>(add'l) | 06/18/19 | J | | |
| 125.  IShares Transn Average (IYT) | A | Dividend | K | T | Sold<br>(part) | 04/01/19 | J | A | |
| 126. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 127.  IShares Nasdaq Biotechnology ETF (IBB) | A | Dividend | K | T | Sold<br>(part) | 03/25/19 | J | A | |
| 128. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 129.  IShares Edge MSCI USA Momentum Factor<br>(MTUM) | A | Dividend | L | T | Buy<br>(add'l) | 03/25/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 131.  IShares Edge MSCI Quality Factor (USA)<br>(QUAL) | A | Dividend | K | T | Buy<br>(add'l) | 03/25/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 06/18/19 | J | | |
| 134.  Industrial Select Sector SPDR Fund ETF<br>(XLI) | B | Dividend | M | T | Sold<br>(part) | 04/01/19 | J | A | |
| 135. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 136. | | | | | Buy<br>(add'l) | 06/18/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Material Select Sector (XLB) | A | Dividend | K | T | Buy (add'l) | 02/08/19 | J | | |
| 138. | | | | | Sold (part) | 04/01/19 | J | A | |
| 139. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 140. Consumer Staples Select Sector SPDR Fund ETF (XLP) | B | Dividend | L | T | Sold (part) | 03/25/19 | J | A | |
| 141. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 142. Vanguard Communication Services ETF (VOX) | A | Dividend | L | T | Buy (add'l) | 02/08/19 | J | | |
| 143. | | | | | Sold (part) | 04/01/19 | J | A | |
| 144. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 145. Vanguard Consumer (VCR) | B | Dividend | M | T | Buy (add'l) | 02/08/19 | J | | |
| 146. | | | | | Sold (part) | 03/25/19 | J | A | |
| 147. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 148. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 149. Vanguard Financials EF (VFH) | C | Dividend | M | T | Sold (part) | 04/01/19 | J | A | |
| 150. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 151. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 152. Vanguard Healthcare ETF (VHT) | B | Dividend | M | T | Buy (add'l) | 02/08/19 | J | | |
| 153. | | | | | Buy (add'l) | 03/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 155.   Vanguard Information (VGT) | C | Dividend | N | T | Buy<br>(add'l) | 03/25/19 | J | | |
| 156. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 157. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 158.   Vanguard Energy ETF (VDE) | B | Dividend | L | T | Buy<br>(add'l) | 02/08/19 | J | | |
| 159. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 160. | | | | | Sold<br>(part) | 11/04/19 | J | A | |
| 161.   MONTGOMERY CNTY MD CONS SR B<br>BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 162.   FLORIDA PORTS FING COMMU SR B<br>RV /R/ MUNICIPAL BOND | A | Interest | | | Sold | 06/03/19 | K | A | |
| 163.   MASSACHUSETTS DEVT FIN A Z-1 RV<br>BE/R/ MUNICIPAL BOND | A | Interest | | | Sold | 08/01/19 | K | A | |
| 164.   OSCEOLA CNTY FL TOURIST 2012 BE/<br>R/ MUNICIPAL BOND | A | Interest | | | Sold | 10/01/19 | J | A | |
| 165.   COLORADO HEALTH FACS AUT SR B<br>BE/R/ MUNICIPAL BOND | A | Interest | J | T | | | | | |
| 166.   HENRICO CNTY VA BE/R/ MUNICIPAL<br>BOND | A | Interest | K | T | | | | | |
| 167.   MONTGOMERY CNTY MD CONS BE/R/<br>MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 168.   ST OF WA GO SR B BE/R/ MUNICIPAL<br>BOND | A | Interest | K | T | | | | | |
| 169.   WASHINGTON SUBN SAN BE/R/<br>MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 170.   WISCONSIN ST HEALTH & ED SR A<br>BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. GEORGIA ST SR D BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 172. HOUSTON SR A BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 173. PARKER CO WTR & SANTN DI BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 174. TENNESSEE ST BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 175. HENRICO CO VA WTR SWR RV BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 176. NEW MEXICO FIN AUT TRANS SR B RV BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 177. RUTHERFORD CNTY TN BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 178. SOUTH CAROLINA ST FOR IS BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 179. HOUSTON TX UTIL SYS FOR SR B RV BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 180. BEXAR CNTY TX FOR ISSUE BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 181. AUSTIN TX FOR ISSUES DA BE/R/ MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 182. NORTH CAROLINA STATE SR A BE/R MUNICIPAL BOND | B | Interest | K | T | Buy | 01/17/19 | K | | |
| 183. OREGON STATE BOARD HIGHER EDUCATION MUNICIPAL BOND | B | Interest | L | T | Buy | 01/09/19 | L | | |
| 184. LOUISVILLE JEFFERSON KY NTS BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 10/02/19 | K | | |
| 185. ANNE ARUNDEL COUNTY MD CON BE/R/ | A | Interest | K | T | Buy | 08/09/19 | K | | |
| 186. LEXINGTON COUNTY SC SCHOOL DISTRICT BE/R | A | Interest | K | T | Buy | 06/04/19 | K | | |
| 187. HOWARD COUNTY MD SR B BE/R | B | Interest | L | T | Buy | 01/08/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 04/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  MASS ST GO CONSOL MUNICIPAL BOND | B | Interest | L | T | Buy | 01/11/19 | L | | |
| 189.  ORANGE COUNTY FLORIDA SCHOOL BD MUNICIPA BOND | A | Interest | K | T | Buy | 01/11/19 | K | | |
| 190.  UNVERSITY OF TEXAS UNIV REVS SR D RV BE/R MUNICIPAL BOND | B | Interest | L | T | Buy | 01/03/19 | L | | |
| 191.  PRINCE GEORGES CTY MD BE/R MUNICIPAL BOND | A | Interest | K | T | Buy | 07/15/19 | K | | |
| 192.  DELAWARE TRANS AU SYS REV BE/R MUNICIPAL BOND | B | Interest | M | T | Buy | 03/07/19 | M | | |
| 193.  UTAH ST GO BDS BE/R MUNICIPAL BOND | B | Interest | L | T | Buy | 01/16/19 | L | | |
| 194.  METRO ATLANTA RAPID TRANSPORT MUNICIPAL BOND | A | Interest | L | T | Buy | 01/23/19 | L | | |
| 195. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Noreika, Maryellen** | 04/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part I. Positions: I do not receive any income from the trust listed and have no beneficial interest in it.

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 04/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maryellen Noreika**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544